E-filing

**FILED**

AUG 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOURA, CLARABELL<br><br>Plaintiff(s),<br><br>v.<br><br>AMERICAN WEST STEAMBOAT COMPANY L.L.C. d.b.a. MAJESTIC AMERICA LINE and DOES 1 TO 100<br>Defendant(s). | No. C **C08-04025**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 8/22/08

_____
Signature

Counsel for   Plaintiff
(Plaintiff, Defendant or indicate "pro se")