**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   CLARA BELLE MOURA,                          No. C 08-04025 WHA
11           Plaintiff,
12     v.                                        **ORDER CONTINUING
                                                 CASE MANAGEMENT
13   AMERICAN WEST STEAMBOAT                      CONFERENCE**
     COMPANY d/b/a MAJESTIC
14   AMERICA CRUISE LINES,
15           Defendant.
16   _____/
17        The Court **CONTINUES** the case management conference, currently set for January 22,
18   2009, to **FEBRUARY 5, 2009**, immediately following the hearing on defendant's motion to
19   dismiss at **8:00 A.M.**  All deadlines are extended accordingly.  Please file a joint case
20   management statement at least seven days prior to the conference.
21        **PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**
22
23        **IT IS SO ORDERED.**
24
25   Dated:  January 2, 2009.
26                                               _____
                                                 WILLIAM ALSUP
27                                               UNITED STATES DISTRICT JUDGE
28