IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARABELLE MOURA,

    Plaintiff,

  v.

AMERICAN WEST STEAMBOAT COMPANY LLC d/b/a MAJESTIC AMERICA LINE, and DOES 1 to 100,

    Defendants.

    /

No. C 08-04025 WHA

**ORDER TO SHOW CAUSE DIRECTED TO ILSA M. BUTTERFIELD.**

At the last hearing on February 5, 2009, the issue arose whether Ilsa M. Butterfield was admitted to practice before the United States District Court for the Northern District of California, although Ms. Butterfield asserted she was so admitted. After the hearing, this Court ordered that if Ms. Butterfield was not yet a member of the bar and this district, that she "must become one within **21 CALENDAR DAYS** and provide proof that effect" (Dkt. 32). Twenty-one days have now passed and this Court inquired of the clerk's office and learned that Ms. Butterfield is not admitted to practice in this district. Therefore, Ms. Butterfield is **ORDERED TO SHOW CAUSE** why the case should not be dismissed and why she should not be sanctioned. Ms. Butterfield must file a signed declaration within seven calendar days of entry of this order by **NOON ON MARCH 9, 2009.** A hearing will be held on this order on **THURSDAY, MARCH 12, 2009 AT 11 A.M.**

    **IT IS SO ORDERED.**

Dated: March 2, 2009.

                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE