IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARABELLE MOURA,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN WEST STEAMBOAT COMPANY LLC d/b/a MAJESTIC AMERICA LINE, and DOES 1 to 100,<br><br>    Defendants.<br>_____/ | No. C 08-04025 WHA<br><br>**NOTICE RE ADMISSION TO BAR OF THIS COURT** |

The Court has received Ms. Butterfield's response to the order to show cause. The undersigned has spoken with Richard Wieking, the Clerk of the district court, who has volunteered to personally call and to assist Ms. Butterfield navigate the process to become admitted to the bar of this district. Thirty days is not in order. Most lawyers complete the process in one day or less. Ms. Butterfield is ordered to work with the Clerk and to please get it done promptly. The hearing scheduled for March 12, 2009 is hereby **VACATED**. A further hearing will be held on **MARCH 24, 2009 AT 11 A.M.**

Dated: March 10, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE