IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARABELLE MOURA,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN WEST STEAMBOAT COMPANY LLC d/b/a MAJESTIC AMERICA LINE, and DOES 1 to 100,<br><br>    Defendants.<br>                                                    / | No. C 08-04025 WHA<br><br><br>**FURTHER ORDER RE ATTORNEY BUTTERFIELD** |

By **NOON ON APRIL 23, 2009**, Attorney Butterfield is ordered to explain the apparent discrepancy in her prior explanations, said discrepancy being identified in the defendants' filing of April 13, 2009. Attorney Butterfield's explanation must be filed under oath in the form of a declaration.

**IT IS SO ORDERED.**

Dated: April 17, 2009

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE