**United States District Court**

For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

CLARABELLE MOURA,                              No. C 08-04025 WHA

11
            Plaintiff,
12
    v.                                         **ORDER SETTING HEARING**
13

AMERICAN WEST STEAMBOAT
14   COMPANY LLC d/b/a MAJESTIC
     AMERICA LINE, and DOES 1 to 100,
15
            Defendants.
16   _____/

17          There will be a hearing and case management conference in this matter on

18   **WEDNESDAY, JUNE 3, 2009 AT 11 A.M.**  Back in March and April 2009, Attorney Butterfield

19   stated she was withdrawing from the case and she was looking for new counsel for plaintiff

20   (Dkt. Nos. 37, 48).  But several months have passed and Attorney Butterfield is still in the case.

21   In order to bring this issue to a head and to address any other hanging issues, a case

22   management conference will be held as stated above.  Attorney Butterfield is ordered to bring to

23   the hearing the new counsel who will substitute in for her.  Attorney Butterfield is also ordered

24   to make sure her client is present at the hearing.

25          **IT IS SO ORDERED.**

26

27   Dated:  May 20, 2009

28                                             _____
                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE