**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARABELLE MOURA,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN WEST STEAMBOAT<br>COMPANY LLC d/b/a MAJESTIC<br>AMERICA LINE, and DOES 1 to 100,<br><br>  Defendants.<br>                                                              / | No. C 08-04025 WHA<br><br>**ORDER CONTINUING THE CASE<br>MANAGEMENT CONFERENCE** |

The Court is in receipt of the stipulation and request to continue the case management conference set for June 3, 2009. According to the request, Attorney Butterfield has a conflict due to her son's graduation on June 3. Also, prior to the conference, defense Attorney Wootton would like to take Attorney Butterfield's deposition, which is scheduled for June 18, 2009. Good cause being shown, the case management conference set for June 3, 2009 is hereby **VACATED** and rescheduled for **JUNE 23, 2009 AT 3 P.M.**

The Court is concerned that Attorney Butterfield represented that another lawyer would be taking over the case but that has yet to occur. By **NOON ON FRIDAY, JUNE 5, 2009**, Attorney Butterfield must timely file a sworn statement addressing the steps she has taken to obtain new counsel and her failure to do so. Attorney Butterfield is also required to comply with

the conditions set forth in the May 20 order, including making sure her client is present at the conference.

**IT IS SO ORDERED.**

Dated: June 2, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE