Ilse M. Butterfield, Esq.
SBN 128888
1065 "A" Street, Suite 216
Hayward, California 94541
Tel: (510)690-1485 / Fax: (510)690-1490
E-Mail: butterfieldesq@att.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRCIT OF CALIFORNIA

| | |
|---|---|
| CLARABELLE MOURA,<br><br>   Plaintiffs,<br> vs.<br><br>AMERICAN WEST STEAMBOAT COMPANY L.L.C. d.b.a. MAJESTIC AMERICA LINE, and DOES 1 to 100,<br><br>   Defendants. | Case No.: C 08-04025 WHA<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

  The request of plaintiff Clarabelle Moura to substitute the following retained counsel,

Susie Injijian, Esq., (CBN 128311)
Injijian Law Office
1506 Henry Street
Berkeley, CA 94709
Telephone: (510) 898-1478
Facsimile: (510) 898-1107
E-Mail Address: sinjijian@comcast.net,

- 2 -

1  as plaintiff's attorney of record in place and stead of Ilse M. Butterfield, Esq., is hereby
2  granted.

4  **IT IS SO ORDERED.**

6  Dated: June 24, 2009

*IT IS SO ORDERED*
*Judge William Alsup*

_____
JUDGE

Order on Request for Approval of Substitution of Attorney    Case No.: C 08-04025 WHA