IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARABELLE MOURA,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN WEST STEAMBOAT COMPANY LLC dba MAJESTIC AMERICA LINE, and DOES 1 to 100,<br><br>    Defendants.<br>_____ / | No. C 08-04025 WHA<br><br><br>**ORDER RE BRIEFING SCHEDULE** |

As discussed at yesterday's hearing, defendant's supplemental case management statement will be treated as reopening defendant's motion to dismiss or transfer. Plaintiff's new counsel, Susie Injijian, has until **NOON ON JULY 7, 2009** to submit an opposition. The deadline for defendant to reply is **NOON ON JULY 21, 2009**. The hearing is set for **JULY 30, 2009 AT 8 A.M.**

**IT IS SO ORDERED.**

Dated: June 24, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE