**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 088390)
Brooke L. Dupre (SBN 260072)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendant
American West Steamboat Co.
dba Majestic America Cruise Lines

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARABELLE MOURA,<br><br>           Plaintiff,<br><br>v.<br><br>AMERICAN WEST STEAMBOAT CO. DBA MAJESTIC AMERICA CRUISE LINES,<br><br>           Defendants. | Case No.: C 08-04025 WHA<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT AND ORDER OF DISMISSAL** |

Plaintiff Clarabelle Moura and Defendant American West Steamboat Co. ("AWSC"), by and through their counsel, hereby stipulate that this matter has been settled and therefore submit this Stipulation for Dismissal with Prejudice Pursuant to Settlement Agreement.

Dated: October 9, 2009

INJIJIAN LAW OFFICE

By: _____
Susie Injijian
Attorney for Plaintiff
CLARABELLE MOURA

AWS.Moura/2672

Case No.: C 08-04025 WHA
STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT

Dated: October 9, 2009

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP

By: /s/ Brooke L. Dupre
Brooke L. Dupre
Attorneys for Defendant
AMERICAN WEST STEAMBOAT
CO. DBA MAJESTIC AMERICA
CRUISE LINES

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that, subject to the provisions herein, this case is dismissed in its entirety, with prejudice.

Dated: October 9, 2009

_____
William Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AWS.Moura/2672

STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT

Case No.: C 08-04025 WHA